ARTHUR J. SLADE, Appellant, *v.* FRANK BOUTIN, JR., Respondent, Impleaded with Others.

*Slade* v. *Boutin,* 63 App. Div. 537, affirmed.
(Argued December 10, 1902; decided January 6, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 4, 1901, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*John S. Seymour, Frederick Seymour* and *Eugene M. Harmon* for appellant.

*John C. Hubbell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and CULLEN, JJ.

---

HENRY E. H. BRERETON, Appellant, *v.* LAURA E. GILMORE, Respondent.

*Brereton* v. *Gilmore,* 66 App. Div. 616, affirmed.
(Submitted December 10, 1902; decided January 6, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 15, 1901, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*T. W. McArthur* for appellant.

*Charles R. Patterson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and CULLEN, JJ.